UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:  Willie Rudolph Jones<br>　　　  Janet Alberta Straus-Jones<br><br>　　　　　　Debtor. | ) Case No.: 14-31921-KRH<br>)<br>) Chapter 13<br>)<br>)<br>) |

MOTION TO BIFURCATE CASE

**PLEASE TAKE NOTICE:** Willie Rudolph Jones, one of the debtors in this case, has filed with the Court a motion to bifurcate the case, the motion being more particularly described below.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant relief sought in the Objection, or if you want the Court to consider your views on the Objection, then you or your attorney must **on or before seven (7) days after service of this Motion**:

- File with the Court, at the address shown below, a written request for a hearing.  If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad St., Room 4000
Richmond, Virginia 23219

*You must also mail a copy to:*

Brett Alexander Zwerdling, Esquire
Zwerdling and Oppleman

<u>Counsel for Debtor</u>
Brett Alexander Zwerdling, VBN 39569
Zwerdling, Oppleman & Adams
5020 Monument Avenue
Richmond, VA  23230
(804) 355-5719 Fax (804) 355-1597
bzwerdling@zandolaw.com

Zwerdling, Oppleman & Adams
Richmond, Virginia  23230

- Attend any hearings to be set by the clerk of court at a later date

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

MOTION

Comes now Willie Rudolph Jones , by proposed counsel, and for his Motion to Bifurcate Case states as follows:

1. Debtors filed this Chapter 13 bankruptcy on April 9, 2014.

2. Since that time, the Debtors have separated and have separate households, and separate household income and expenses.

3. Debtors do not feel there is any chance of reconciliation.

4. Willie Rudolph Jones is desirous of continuing his reorganization separate and apart from the joint debtor Janet Alberta Straus-Jones.

WHEREFORE, Willie Rudolph Jones respectfully requests that his bankruptcy case be bifurcated from that of the joint debtor.

/s/ Brett Alexander Zwerdling
Counsel

Certificate of Service

I hereby certify that on April 26, 2016 a true copy of the foregoing was mailed by first class U.S. mail, or electronically served, upon all parties in interest as listed on the attached mailing matrix.

/s/ Brett  Alexander Zwerdling

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

The Boleman Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588

Office of the U. S. Trustee
701 E. Broad St., Room 4304
Richmond, VA 23219

Janet Alberta Staus-Jones
503 Pleasant Street
Ashland, VA  23005