UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ Division

In re:  Willie Rudoloph Jones                                  Case No. 14-31921-KRH
        Janet Alberta Straus-Jones

                Debtors

                                                               Chapter  13

**ORDER DIVIDING CASE**

On April 26, 2016, Willie Rudolph Jones, hereinafter referred to as the joint debtor, filed a motion to divide this case into two separate cases. Accordingly, it is **ORDERED** that:

1. This case is divided into two separate bankruptcy cases. The debtor's case shall remain case number _____14-31921-KRH_____, and the Clerk will assign a new case number to the joint debtor's case.

2. The joint debtor shall pay an additional filing fee of _____310.00_____ to the "Clerk, U.S. Bankruptcy Court" within fourteen (14) days of the entry of this order.

3. It is further **ORDERED** that the joint debtor's failure to comply with the requirement set forth in paragraph number two (2) above will result in the case being dismissed.


May 12 2016                                    /s/ Kevin R Huennekens
Date                                           U. S. Bankruptcy Judge

                                               NOTICE OF JUDGMENT OR ORDER
                                               ENTERED ON DOCKET:
                                               Date: May 18 2016

obifsplit ver. 08/10